SEALED

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 JAN 23  PM 4: 02

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:20CR 35 |
| vs. | INDICTMENT |
| LORENA KEGLIC, | 18 U.S.C. § 875(c) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about the 2nd day of October, 2019, in the District of Nebraska and elsewhere, the defendant, LORENA KEGLIC, knowingly and willfully did transmit in interstate or foreign commerce a communication, to wit: a phone call from (610) XXX-XXX, a phone number associated with LORENA KEGLIC, to (800) XXX-XXXX, a phone number that is associated with the medical practice of Victim 1 answered in Bellevue, Nebraska, for the purpose of issuing a threat to kidnap and injure others and with knowledge that the communication will be viewed as a threat to kidnap and injure others, specifically, a statement to an employee of Victim 1's clinic of "I need you to give [Victim 1] a message....OK. You tell him that we are coming after his family and we are going to cut them to fucking pieces. All of them."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

/FOREPERSON/

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Sean P. Lynch
　　　　　　　　　　　　　　　　　　　　　　　SEAN P. LYNCH, #25275
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney